

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-12-00010-CR

| | | |
|---|---|---|
| Jack Poss | § | From the 211th District Court |
| | § | of Denton County (F-2010-0926-C) |
| | § | June 6, 2013 |
| v. | § | Opinion by Justice Meier |
| | § | Concurrence and Dissent by Justice Dauphinot |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Bill Meier